# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRIDGETTE LYNN MITCHELL**                                              **PLAINTIFF**

v.                         No. 4:23-cv-00819-BSM-ERE

**SOCIAL SECURITY ADMINSITRATION**                              **DEFENDANT**

## JUDGMENT

Consistent with today's Order, judgment is entered for Plaintiff. The Commissioner's decision is reversed, and the case is remanded to the Commissioner for further proceedings pursuant to "sentence four" of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 21 February 2024.

_____
UNITED STATES MAGISTRATE JUDGE